## Commonwealth *v.* Bell, Appellant.

Submitted March 20, 1975. *Toni Keller* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Harry M. Spaeth, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Borick, Appellant.

Submitted March 24, 1975. *Robert J. Nolan* and *Joseph T. McGraw,* Assistant Public Defenders, and *John J. Dunn, Sr.,* Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.